IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JEROME F. DEERING BEY | § | |
| VS. | § | CIVIL ACTION NO. 1:16cv183 |
| N. VASQUEZ | § | |

ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Jerome F. Deering Bey, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for voluntary dismissal filed by petitioner be granted and this petition dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the court. The motion for voluntary dismissal is **GRANTED**. A final judgment shall be entered dismissing this petition.

**SIGNED** this the 6 day of **January, 2017.**

Thad Heartfield
United States District Judge